LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Sally W. Mimms (SBN 276093)
smimms@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA  94104
Telephone:    415-318-8810
Facsimile:    415-676-5816

Attorneys for Defendant
AMERICAN HOME MORTGAGE SERVICING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM F. HARKE, SANDRA K. HARKE,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:11-cv-03203-WBS-GGH<br><br>**STIPULATION REGARDING RESPONSE TO COMPLAINT AND FILING OF FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**<br><br>[Local Rule 143] |

Plaintiffs William F. Harke and Sandra K. Harke ("Plaintiffs") and Defendant American Home Mortgage Servicing, Inc. ("AHMSI"), through their respective counsel, stipulate as follows:

**RECITALS**

1.   Plaintiffs have conducted additional investigation since filing their Complaint and wish to file a First Amended Complaint.

2.   AHMSI had planned to file a motion to dismiss the Complaint for failure to state a claim.

3. For reasons of judicial economy and in order to reduce the unnecessary expenditure of attorneys' fees, the parties agree as follows.

**STIPULATION**

1. Plaintiffs shall have leave to file a First Amended Complaint. The First Amended Complaint shall be filed no later than December 22, 2011.

2. AHMSI shall be excused from responding to Plaintiffs' Complaint and shall file its response to the First Amended Complaint no later than January 12, 2012.

Dated: December 7, 2011          LOCKE LORD LLP


                                 By: */s/ Regina J. McClendon*
                                      Regina J. McClendon
                                      Sally W. Mimms
                                 Attorneys for Defendant
                                 AMERICAN HOME MORTGAGE SERVICING, INC.

Dated: December 7, 2011          SMART LAW OFFICES


                                 By: */s/ David L. Smart*
                                      David L. Smart
                                 Attorneys for Plaintiffs
                                 WILLIAM F. HARKE AND SANDRA K. HARKE


IT IS SO ORDERED.

Dated: December 8, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE